**FILED**

2012 DEC 26 PM 12: 21

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 12-CR-5034-WQH |
|---|---|
| Plaintiff, | ) |
| | ) **ORDER AND JUDGMENT GRANTING** |
| v. | ) **UNITED STATES' MOTION TO** |
| | ) **DISMISS INDICTMENT** |
| JOSE ALFREDO HERRERA-RIVAS, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Indictment against defendant Jose Alfredo Herrera-Rivas is dismissed without prejudice in the interests of justice.

DATED: December 16, 2012

HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE